**No. 40668.**—Petition 5752–R of Howard Bros. Mfg. Co. (Boston).

Opinion by DALLINGER, J. On reappraisement the dutiable value was found to be the *per se* values on the invoices, less a discount of 2½ percent instead of 10 percent. While the record discloses carelessness on the part of the purchasing agent, the court was satisfied of the good faith of the petitioner and that there was no intention to defraud the revenue of the United States. The petition was therefore granted.